**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Laron PHILMORE, Petitioner**

No. 252 EAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.